**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **CHRIST JERMAINE MURCHISON,** | ) | **Civil Action No. 7:13-cv-00311** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WESTERN VIRGINIA REGIONAL** | ) | |
| **JAIL MEDICAL STAFF,** | ) | **By:   Hon. Michael F. Urbanski** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which

relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); Plaintiff's motion to proceed in

forma pauperis is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the

court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to Plaintiff.

Entered:  August 8, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge