# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **CHRIST JERMAINE MURCHISON,** | ) | Civil Action No. 7:13-cv-00311 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WESTERN VIRGINIA REGIONAL** | ) | |
| **JAIL MEDICAL STAFF,** | ) | By:   Hon. Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); Plaintiff's motion to proceed <u>in forma pauperis</u> is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

        Entered:  August 8, 2013

        */s/ Michael F. Urbanski*

        Michael F. Urbanski
        United States District Judge